UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   2:25–cv–09012–MWF–BFM        Date        February 20, 2026

Title        FERRARI FINANCIAL SERVICES, INC. V. ERIC BISLAMIAN

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

          Rita Sanchez                             Not Reported;
        Courtroom Deputy                          Court Reporter

   Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
              None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT**

     In light of the Default By Clerk entered on 2/18/26, the Court sets a hearing for Order To Show Cause Re Default Judgment for April 27, 2026 at 11:30 AM. If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

     Any Motion for default judgment must comply with the Court's Procedures and Schedules. *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

     **IT IS SO ORDERED.**

                                                      Initials of Clerk:  rs